Vacate and Remand and Memorandum Opinion filed May 21, 2009








Vacate and
Remand and Memorandum Opinion filed May 21, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00888-CV

____________

 

ROBERT L. SONFIELD, JR., Appellant

 

V.

 

ELMA DELGADO, Appellee

 



 

On Appeal from
County Civil Court at Law No. 1

Harris County,
Texas

Trial Court Cause
No. 898268

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 11, 2008.  On May 11, 2009, the parties
filed a joint motion to set aside or vacate the judgment and remand the cause
to the trial court for rendition of judgment in accordance with the parties= settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
we vacate the judgment signed June 11, 2008, and we remand the cause to the
trial court for rendition of judgment in accordance with the parties= agreement.








PER
CURIAM

 

 

Panel consists of Justices Seymore, Brown, and Sullivan.